## Ex Parte Rodríguez.

Apelación procedente de la Corte de Distrito de San Juan.

No. 70.—Resuelto en marzo 10, 1904.

Dominio—Posesión para Adquirirlo.—La posesión quieta y pacífica de una finca, por parte del promovente y por espacio de cinco meses, sin comprobación de ningún otro extremo, no es suficiente para declarar acreditado a su favor el dominio de la misma.

### EXPOSICIÓN DEL CASO.

En los autos seguidos en el Tribunal del Distrito de San Juan a instancia de Don Miguel Rodríguez Rivera, para acreditar el dominio de una finca rústica, pendientes ante nos a virtud de recurso de apelación interpuesto por la representación del promovente contra la sentencia dictada por el (*) referido tribunal de distrito, la que copiada a la letra dice así:

"Puerto Rico 30 de junio de 1903. *Resultando:* que Don Miguel Rodríguez y Rivera presentó escrito diciendo es dueño y posee hace más de dos meses una finca rústica en la Carolina, barrio de San Antón, de 13 cuerdas de tercera clase, colindante por el Este, con terrenos de la sucesión de Doña Josefa Ruiz; al Norte, la quebrada San Antón; al Oeste, un caño que la separa de la finca de Don Miguel

Fernández y al Sur, la citada Sucesión de Doña Josefa Ruiz, siendo su valor, $160; que lo adquirió por compra a Don Felipe Reyes, según documento privado otorgado el 30 de junio de 1902, y careciendo de título escrito promueve información. *Resultando:* que admitida con citación Fiscal, de las personas de quién los bienes proceden y los que tengan algún derecho real, y de los colindantes, se ordenó la convocatoria y practicadas las citaciones, declaran dos testigos ser cierto adquirió de Reyes la finca, poseyéndola quieta y pacíficamente, sin expresar tiempo de posesión del vendedor, pero sí que hace cinco meses el promovente la adquirió de. Reyes.

"*Considerando:* que no resulta de la prueba justificación para acceder a la declaratoria de dominio que se solicita, pues la posesión de cinco meses del promovente, o sea del tiempo que la adquirió, sin otra comprobación, no basta para dar por acreditado el dominio. No ha lugar a la declaración del dominio que se solicita. Lo acordaron y firman los señores jueces del tribunal, de que certifico: Juan Morera Martínez, Frank H. Richmond, José Tous Soto y Luis Méndez Vaz.''

*Resultando:* que contra esta sentencia interpuso apelación la representación del promovente, y admitido el recurso libremente y en ambos efectos, se elevaron los autos a esta superioridad, con citación y emplazamiento de las partes, y que personado el apelante y sustanciado en forma el recurso, señaló día para la vista con citación de las partes, cuyo acto se celebró con asistencia del Sr. Fiscal de este Tribunal Supremo, no habiendo comparecido el abogado defensor de la parte apelante.(*)

Abogado del apelante: *Sr. Emigdio S. Ginorio.*

Abogado del Pueblo: *Sr. del Toro, Fiscal.*

EL JUEZ PRESIDENTE SR. QUIÑONES, después de exponer los hechos anteriores, emitió la opinión del tribunal.

*Aceptando* los fundamentos de hecho y de derecho de la sentencia apelada.

*Visto* el artículo 395 de la Ley Hipotecaria, la Orden Judicial de 4 de abril de 1899, y las demás disposiciones aplicables del Código Civil vigente en esta Isla.

*Fallamos*: que debemos confirmar y confirmamos la sentencia apelada con las costas al apelante.

Jueces concurrentes: Sres. Hernández, Figueras, Sulzbacher y MacLeary.